Jesus Eduardo Arias, Esq. LL.M.  [SBN  293983]

1150 S. Olive St. Sixth Floor

Los Angeles CA 90015

E| jearias@jesuseduardoarias.com

Tel| 323) 815 9450 Fax| 323) 375 1196

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUSEBIO AYALA ROMAN, Individually) and as Successor in Interest (Decedent's father) *and* LUCIA URIBE MARTINEZ,) Individually and as Successor in Interest) (Decedent's Mother), | **Case No.** |
| | **DECLARATION UNDER OATH BY EUSEBIO AYALA ROMAN (PLAINTIFF) PURSUANT § 377.32 & 377.60 (a) OF CALIFORNIA CODE OF** |
| Plaintiffs, ) | **CIVIL PROCEDURE** |
| vs. ) | |
| ) | |
| THE GEO GROUP, INC, WELLPATH,) LLC and DOES 1-10, Inclusive,  ) | |
| ) | |
| Defendants,  ) | |
| ) | |
| ) | |
| _____ ) | |

I, LUCIA URIBE MARTINEZ, declare as follows:

1. I am over 18 years of age. I am competent to testify in Open Court under oath to the truth of each of the matters asserted in this declaration.

2. I was the mother of Decedent Mr. ISMAEL AYALA URIBE.

3. His date of birth was November 27, 1985. He was born in Mexico. He was never married and never had children.

PLAINTIFFS' COMPLAINT  FOR DAMAGES

4. His father is my husband EUSEBIO AYALA ROMAN. We got married on November 16, 1984.

5. My son was taken into immigration custody on August 17, 2025 while he was working on a car wash.

6. He was then transferred to Adelanto Processing Center.

7. On or about September 17th, my son requested medical attention due to a excruciating pain and an abscess. This request was allegedly attended on the next day, giving him medication for the pain.

8. On September 21st, my son filed another request for medical attention, saying he felt very bad, that he was in pain and had been in pain for over two weeks. He requested medical attention urgently,

9. It was that day that he was transferred to Victor Valley Global Medical Center and was scheduled to surgery on that same day.

10. My son then passed away at 2:32 a.m. of September 22, 2025.

11. As the mother of the Decedent, I here exercise my right to commence this action and proceedings individually, and also as a successor in interest Pursuant § 377.60 (a) & 377.34 (b) of the California Code of Civil Procedure.

12. No proceeding is now pending in California for the administration of the decedent's state. My son left no assets which may be subject to any Probate Proceedings. Thus, no Probate proceedings will be initiated upon his Death.

13. I am a decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure, and as defined by Sections 377.60 (a) & 377.34 (b) of the California Code of Civil Procedure.

14. No other persons other than my husband EUSEBIO AYALA ROMAN and myself have any superior right to commence this action or proceedings. Or to be substituted for the Decedent in this Action or proceeding.

PLAINTIFFS' COMPLAINT FOR DAMAGES

15.I declare under penalty of perjury and under the laws of the State of California, and under the Laws of the United States that the foregoing is true and correct.

Executed on December 31, 2025.



LUCIA URIBE MARTINEZ

PLAINTIFFS' COMPLAINT FOR DAMAGES