# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EUSEBIO AYALA ROMAN , et al. <br><br> **PLAINTIFF(S)** <br><br> v. <br><br> THE GEO GROUP, INC , et al. <br><br><br> **DEFENDANT(S).** | CASE NUMBER: <br><br> 8:25–cv–02893–DOC–KES <br><br><br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/31/2025 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Attachment 1 Civil Cover Sheet should be e–filed separately. The event is located under Civil Events Other Filings Miscellaneous Filings and select Civil Cover Sheet (CV–71).

Clerk, U.S. District Court

Dated: January 7, 2026             By: _/s/ Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov_
                                                  Deputy Clerk