UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

EUSEBIO AYALA ROMAN, Individually and as Successor in Interest (Decedent's father) *and* LUCIA URIBE MARTINEZ, Individually and as Successor in Interest (Decedent's Mother),

        Plaintiffs,

vs.

THE GEO GROUP, INC, WELLPATH, LLC, and DOES 1-100, Inclusive,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  8:25-cv-02893-DOC

**[PROPOSED] ORDER EXTENDING TIME FOR WELLPATH, LLC TO RESPOND TO COMPLAINT**

The Honorable David O. Carter
United States District Judge

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to the same, the parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that Defendant Wellpath, LLC shall file its response to Plaintiffs' Complaint on or before April 27, 2026.

DATED: _____

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-1-

[PROPOSED] ORDER EXTENDING TIME FOR WELLPATH, LLC TO RESPOND TO COMPLAINT