FRED BLUM, ESQ. (SBN 101586)
fblum@teamghb.com
DANIEL TROWBRIDGE ESQ. (SBN 301301)
dtrowbridge@teamghb.com
YUBEIXI BESSY SHI, ESQ. (SBN 332755)
bshi@teamghb.com
GALLAGHER HUIE + BLUM
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
THE GEO GROUP INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUSEBIO AYALA ROMAN, Individually and as Successor in Interest (Decedent's father) *and* LUCIA URIBE MARTINEZ, Individually and as Successor in Interest (Decedent's Mother),<br><br>          Plaintiffs,<br><br>     vs.<br><br>THE GEO GROUP, INC, WELLPATH, LLC and DOES 1-100, Inclusive,<br><br>          Defendants. | Case No. 8:25-cv-02893-DOC-KES<br><br>**DECLARATION OF FRED BLUM IN SUPPORT OF DEFENDANT THE GEO GROUP INC'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6**<br><br>*[Filed concurrently with Notice of Motion; Memorandum of Points and Authorities, and [Proposed] Order]*<br><br>Action Filed:      December 31, 2025 |

1

I, Fred Blum, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner with Gallagher Huie + Blum, attorneys of record for Defendant THE GEO GROUP INC ("Defendant" or "GEO").  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would testify to the matters stated herein.

2.    I make this declaration in support of Defendant's Motion to Dismiss Portions of the Complaint of Plaintiffs EUSEBIO AYALA ROMAN and LUCIA URIBE MARTINEZ ("Plaintiffs").

3.    My colleague Daniel Trowbridge and I had an initial discussion with Plaintiffs' counsel on February 17, 2026 by videoconference, regarding general deficiencies of the Complaint that are subject to a Motion to Dismiss.

4.    On or about March 25, 2026, the parties exchanged email correspondence where my colleague Mr. Trowbridge identified the causes of action on which GEO planned to move to dismiss, and the basis for the Motions to Dismiss.

5.    Subsequently, Mr. Trowbridge and I met with Plaintiffs' counsel on March 25, 2026, by videoconference wherein we discussed the anticipated motion to dismiss and the basis in additional details.  Plaintiffs' counsel indicated that he was not planning on amending the Complaint or dismissing any causes of action.  The parties agreed that the meet and confer obligations under Rule 7-3 were satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct Executed this 3rd day of April 2026 in Corte Madera, California.

_____
FRED BLUM

2

DECLARATION OF FRED M. BLUM IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)