FRED BLUM, ESQ. (SBN 101586)
fblum@teamghb.com
DANIEL TROWBRIDGE ESQ. (SBN 301301)
dtrowbridge@teamghb.com
YUBEIXI BESSY SHI, ESQ. (SBN 332755)
bshi@teamghb.com
GALLAGHER HUIE + BLUM
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
THE GEO GROUP INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUSEBIO AYALA ROMAN, Individually and as Successor in Interest (Decedent's father) *and* LUCIA URIBE MARTINEZ, Individually and as Successor in Interest (Decedent's Mother),<br><br>                    Plaintiff,<br><br>          vs.<br><br>THE GEO GROUP, INC, WELLPATH, LLC and DOES 1-100, Inclusive, Defendants,<br>                    Defendants. | Case No. 8:25-cv-02893-DOC-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP INC'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>*[Filed concurrently with Declaration of Fred M. Blum, Not. and Mem. of Points and Authorities]*<br><br>Date:          May 18, 2026<br>Time:          8:30 a.m.<br>Location:    Santa Ana, Ctrm.10A<br>Judge:        Hon. David O. Carter<br><br>Action Filed:     December 31, 2025 |

On May 18, 2026, The GEO Group, Inc.'s Motion to Dismiss Portions of Plaintiffs' Complaint came on for hearing in Courtroom 10A, of the United States District Court, Central District of California, the Honorable David O. Carter presiding.

After full consideration of the moving, opposing, and reply papers, the evidence, and the argument of counsel, the Court finds the following:

1

On Plaintiffs' First Claim for Relief for 5th Amendment - Due Process. Deliberate Indifference to Serious Medical Needs Plaintiffs have failed to state sufficient facts to demonstrate a right to relief under the 5th Amendment and thus have failed to state a claim upon which relief can be granted, requiring dismissal of this claim from Plaintiffs' Complaint.

On Plaintiffs' Second Claim for Relief for 5th Amendment - Unconstitutional Conditions of Confinement, Plaintiffs have failed to state sufficient facts to demonstrate a right to relief under the 5th Amendment and thus have failed to state a claim upon which relief can be granted, requiring dismissal of this claim from Plaintiffs' Complaint.

On Plaintiffs' Sixth Claim for Relief for Violation of California Government Code §7320 Plaintiffs have failed to state a claim upon which relief can be granted, requiring dismissal of these claims from Plaintiffs' Complaint.

On Plaintiffs' Seventh Claim for Relief for Violation of California Civil Code §52.1(The Tom Bane Civil Rights Act), Plaintiffs have failed to state sufficient facts to demonstrate a right to relief under the statute and thus have failed to state a claim upon which relief can be granted, requiring dismissal of this claim from Plaintiffs' Complaint.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

That Defendant's Motion to Dismiss is GRANTED in full as to Plaintiffs' First, Second, Sixth and Seventh Claim for Relief, and Plaintiffs are not granted leave to amend.

DATED ____ day of _____, 2026.

_____
Honorable David O. Carter
UNITED STATE DISTRICT JUDGE